**In re Avi B. MARKOWITZ, Relator.**

**No. 10–99–198–CV.**

Court of Appeals of Texas,
Waco.

Sept. 15, 1999.

Margaret H. Kohn, C. Patrick Meece, Meece & Kohn, Bryan, for Relator.

John M. DeLaney, Bryan, for Respondent.

---

Before Chief Justice DAVIS, Justice VANCE, and Justice GRAY.

## MEMORANDUM OPINION

PER CURIAM.

Avi B. Markowitz filed a petition for writ of mandamus with this Court. *See* TEX. R.APP. P. 52. Markowitz sought an order compelling the trial court to hold a hearing. Markowitz has filed a motion to dismiss his petition.

The motion to dismiss states that the trial court scheduled and held a hearing after the petition was filed. This renders the petition for mandamus moot. Respondent has not filed a response to the motion.

Markowitz' petition for writ of mandamus is denied as moot. TEX.R.APP. P. 52.8(a). Costs are taxed against Markowitz.